UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYLER MALEJKO                                CIVIL ACTION

VERSUS                                       NO: 08-2262

GEORGE S. HENSI, II ET AL                    SECTION: "J"(4)

### ORDER

Before the Court is Plaintiff Tyler Malejko's **Motion to Alter or Amend Judgment (Rec. Doc. 62)** pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.  A Rule 59(e) motion may be granted on one of the following four grounds: (1) to correct manifest errors of law or fact upon which judgment is based, (2) the availability of new evidence, (3) the need to prevent manifest injustice, or (4) an intervening change in controlling law. Restivo v. Hanger Prosthetics & Orthotics, Inc., 2007 WL 1341506 (E.D. La. 2007). The Fifth Circuit has held that a motion under Rule 59(e):

> "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment. Rather, Rule 59(e) 'serve[s] the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence.' Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly.

<u>Templet v. HydroChem Inc.</u>, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations omitted). As such, "Rule 59(e) motions cannot be used to raise arguments that could, and should, have been made before the judgment issued." <u>Marseilles Homeowners Condominium Ass'n Inc. v. Fidelity Nat. Ins. Co.</u>, ---- F.3d ----, 2008 WL 4150108, 4 (5th Cir. 2008).

Having reviewed the motion, the memoranda of counsel, and applicable law, the Court finds that Plaintiff has not revealed manifest errors of law or fact, the existence new evidence that was not available at the time of this Court's prior judgment, manifest injustice in this Court's prior judgment, nor an intervening change in controlling law.  Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Alter or Amend Judgment (Rec. Doc. 62)** should be and is hereby **DENIED**.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2